In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-405 CV
 ______________________


MATTHEW DILLON WHITMIRE, Appellant



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the 75th District Court


Liberty County, Texas


Trial Court No. 24638






 MEMORANDUM OPINION


 On October 9, 2008, we notified the parties that the notice of appeal did not appear
to have been timely filed. The appellant filed a reply to our correspondence. On January 31,
2006, the trial court signed an order to withhold funds from Whitmire's inmate trust account. 
See Tex. Gov't Code Ann. § 501.014 (Vernon 2004). If the order was appealable, (1) notice
of appeal was due to be filed on March 2, 2006. See Tex. R. App. P. 26.1. Appellant filed
notice of appeal on September 22, 2008, more than thirty days from the date of the order and
outside the time for which we may grant an extension of time to perfect appeal. See Tex. R.
App. P. 26.3. This Court lacks jurisdiction over this appeal. 

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered November 20, 2008 

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Compare Reed v. State, No. 04-07-00004 CV, 2008 WL 2714463, *3 (Tex. App.--San Antonio, Jul. 9, 2008, no pet.), with Harrell v. State, Nos. 07-06-0469 CR, 07-06-0470
CR, 2007 WL 2301350 (Tex. App.--Amarillo Aug. 13, 2007, pet granted)(mem. op.).